-1-

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.: CV-04-4373 JNE/JBL

| | |
|---|---|
| Kay Phernetton,<br><br>    Plaintiff,<br>v.<br><br>AFNI, Inc.,<br><br>    Defendant. | **NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

  **IT IS HEREBY NOTICED** by the Plaintiff and his attorneys, that the above-entitled action against this Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: 24 November 2004      **THE BARRY LAW OFFICE, LTD.**

                    By: **s/ Peter F. Barry**
                    Peter F. Barry, Esq.
                    Attorney I.D.#0266577
                    342 East County Road D
                    St. Paul, Minnesota 55117
                    Telephone:  (651) 714-8800

                    **ATTORNEY FOR PLAINTIFF**